IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

REBECCA B. o/b/o T.A.H.,

Plaintiff,

Civil No. 2:26-CV-10304

v.

FRANK BISIGNANO,
COMMISSIONER
OF SOCIAL SECURITY,

JUDGE DENISE PAGE HOOD

Defendant.
_______________________________________/

**J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED AND REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

S/DENISE PAGE HOOD
Denise Page Hood
United States District Judge

Dated: August 31, 2026